IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOWLUS, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 26-0170-N |
| | : | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant(s). | : | |

**SERVICE NOTICE**

Pursuant to Civil L.R. 4, the following procedures for service of process apply in this District, effective August 1, 2015.

(1) Service of Summons. If service is completed by summons, the party or person making service shall file proof thereof within seven (7) days of the date of service.

(2) Waiver of Service. If service is waived, Plaintiff shall file the waiver of service with the Court within seven (7) days after receipt of the waiver.

(3) Notice of Service Attempt. If within forty-five (45) days after the filing of the Complaint, Plaintiff has neither completed service by summons nor received a waiver of service, Plaintiff shall file a notice describing the action taken by Plaintiff to complete service and the results of those efforts.

May 14, 2026.

CHRISTOPHER EKMAN, CLERK

By s/Tina Wood
Deputy Clerk