IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOWLUS, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| vs. | : | CIVIL ACTION 26-0170-N |
| | : | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant(s). | : | |

NOTICE OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE FOR TRIAL

This civil action has been randomly assigned to United States Magistrate Judge Katherine P. Nelson for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges in this District have been designated to conduct any and all proceedings in a civil action, including a jury or non-jury trial, and to order the entry of a final judgment, **upon the consent of all parties**. An appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as an appeal from a judgment of a District Judge.

The parties have the right to have this action reassigned to a United States District Judge for trial and disposition. Any party may request reassignment by emailing the attached Request for Reassignment to a United States District Judge to tina_wood@alsd.uscourts.gov. **Do not electronically file the document**.

The plaintiff(s) shall serve a copy of this notice and attachments immediately upon all other parties that have been served with the summons and complaint pursuant to Rules 4 and 5, Federal Rules of Civil Procedure.

This notice was electronically mailed to counsel of record on the 14th day of May, 2026.

CHRISTOPHER EKMAN, CLERK

By: s/Tina Wood
Deputy Clerk