IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ______________________________ Plaintiff(s), | : | |
| vs. | : | CIVIL ACTION ______________ |
| ______________________________ Defendant(s). | : | |

REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

The undersigned party hereby REQUESTS the reassignment of this action to a United States District Judge.

__________________ Date

________________________________ Signature

________________________________ Counsel For

________________________________ Address

________________________________

________________________________