AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama Southerr

| | | |
|---|---|---|
| Courtney Bowlus<br><br>*Plaintiff(s)*<br>v.<br>The Lincoln National Life Insurance Company<br><br>*Defendant(s)* | ) | Civil Action No. 26-0170-N |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Lincoln National Life Insurance Company
c/o The Prentice-Hall Corporation System, Inc.
641 South Lawrence St.
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David P. Martin
The Martin Law Group, LLC
2117 Jack Warner Pkwy, Ste. 1B
Tuscaloosa, AL 35401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTOPHER EKMAN
*CLERK OF COURT*

Date: 5/14/2026

Tina Wood
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-0170-N

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*: Service by certified mail tracking # 9589 0710 5270 2144 9638 59

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/03/2026

Michele W. Potter

*Server's signature*

Michele W Potter

*Printed name and title*

165 W. I-65 Service Rd., Mobile, AL 36608

*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

9589 0710 5270 2144 9638 59

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$ 5.30

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 4.40
- [ ] Return Receipt (electronic) $
- [x] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage
$ 2.72

Total Postage and Fees
$ 12.42

Postmark Here

MOBILE MAIN O... MOBILE AL 36...
MAY 14 2026

*Sent To*
Lincoln c/o The Prentiss-Hall Corp. System, Inc

*Street and Apt. No., or PO Box No.*
641 So. Lawrence St.

*City, State, ZIP+4®*
Montgomery, AL 36104

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702144963859

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 10:04 am on May 18, 2026 in MONTGOMERY, AL 36104.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

MONTGOMERY, AL 36104
May 18, 2026 10:04 AM

**Out for Delivery**

MONTGOMERY, AL 36104
May 18, 2026 8:38 AM

**Arrived at Post Office**

MONTGOMERY, AL 36104
May 18, 2026 8:27 AM

**Arrived at USPS Facility**

MONTGOMERY AL DISTRIBUTION CENTER
May 17, 2026 11:07 AM

**Arrived at USPS Facility**

MOBILE AL DISTRIBUTION CENTER
May 15, 2026 10:41 AM

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**