**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **COURTNEY BOWLUS,** Plaintiff, | * | |
| vs. | * | Case No. **1:26-CV-00170** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** Defendant. | * | |

## MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1. **Party/Parties for whom you are requesting to appear:**
   The Lincoln National Life Insurance Company

2. **State:**
   **(a) Full name:** Iwana Rademaekers
   **(b) Present business address:** 17304 Preston Rd, Ste 800, Dallas, TX 75252
   **(c) Office telephone number and email:** (214) 579-9319; iwana@rademaekerslaw.com
   **(d) Name of your firm, company or agency:** Law Offices of Iwana Rademaekers PC

3. **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:** The University of Texas at Austin, December 22, 1987, Juris Doctorate and Masters in Business Administration

4. **(a) Are you a member in good standing of the bar of the Supreme Court of Alabama?** No
   **(b) If so, state the month and year you were admitted:** ________
   **(c) Are you a member in good standing of the bar of any other state's highest court?** Yes
   **(d) If so, name the state(s) and the month and year you were admitted:** Texas May 6, 1988

5. **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:** Northern, Southern, Eastern, and Western Districts of Texas, Eastern District of Arkansas, see attached for all federal courts of admission

6. **Are you regularly engaged in the practice of law in the State of Alabama?** No

[1] Attach additional pages as needed for complete responses.

7. (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis? No

(b) If so, describe fully the circumstances: ______

8. (a) Do you presently have pending against you any disciplinary charges by any court or bar association? No

(b) If so, describe fully the circumstances: ______

9. (a) Have you ever been cited for contempt by any federal or state court? No

(b) If so, describe fully the circumstances: ______

10. (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court? No

(b) If so, describe fully the circumstances: ______

11. Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court? Yes

12. Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court? Yes

(The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at (www.alsd.uscourts.gov/.)

13. I declare under penalty of perjury that the foregoing is true and correct.

Iwana Rademaekers
Applicant Name

Date: June 5, 2026

Oath of Admission:

I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.

/s/ Iwana Rademaekers
Signature of Attorney

Continuation Sheet, Motion and Application for Admission Pro Hac Vice

5. **Federal courts to which movant is admitted to practice and in good standing:**

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| U.S.D.C., Northern District of Texas | 11/07/1988 |
| U.S.D.C., Eastern District of Texas | 05/21/1998 |
| U.S.D.C., Southern District of Texas | 09/11/1998 |
| U.S.D.C., Western District of Texas | 09/02/1998 |
| U.S.D.C., Eastern District of Arkansas | 05/22/1998 |
| U.S.D.C., Western District of Arkansas | 05/22/1998 |
| U.S.D.C., District of Colorado | 01/14/2002 |
| U.S.D.C., Northern District of Illinois | 02/29/2024 |
| U.S.D.C., Southern District of Illinois | 01/29/2026 |
| USDC, Eastern District of Michigan | 12/29/2022 |
| USDC, Western District of Michigan | 02/03/2023 |
| U.S.D.C., Eastern District of Missouri | 06/14/2022 |
| U.S.D.C., District of New Mexico | 07/31/2020 |
| U.S.D.C., District of North Dakota | 01/02/2020 |
| U.S.D.C., Eastern District of Oklahoma | 02/27/2023 |
| U.S.D.C., Western District of Oklahoma | 08/13/2013 |
| U.S.D.C., Western District of Tennessee | 12/02/2019 |
| U.S.D.C., Eastern District of Tennessee | 09/07/2022 |
| U.S.D.C., Eastern District of Wisconsin | 09/07/2021 |
| U.S.D.C., Western District of Wisconsin | 11/05/2021 |
| U.S. Court of Appeals - Fourth Circuit | 09/28/1998 |
| U.S. Court of Appeals - Fifth Circuit | 08/19/2002 |
| U.S. Court of Appeals - Eighth Circuit | 01/25/2000 |
| U.S. Court of Appeals - Ninth Circuit | 08/27/2014 |
| U.S. Court of Appeals - Tenth Circuit | 07/29/2002 |
| U.S. Court of Appeals - Eleventh Circuit | 02/06/2012 |