**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| COURTNEY BOWLUS,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Case No. 1:26-cv-00170 |

**UNOPPOSED MOTION REGARDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, The Lincoln National Life Insurance Company ("Lincoln"), files this Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on May 7, 2026. Lincoln was served with process on May 18, 2026, and thus must file its Answer or otherwise respond by June 8, 2026.

2. Lincoln requests an extension to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. As such, Lincoln requests that the Court enter an order that it shall have until and including June 19, 2026, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, David P. Martin, with regard to the relief requested in this Motion, and Mr. Martin has stated that Plaintiff is not opposed to this Motion.

4. This Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

## PRAYER

Lincoln requests that the Court enter an order that Lincoln shall have until and including June 19, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 5th day of June 2026.

Respectfully submitted,

s/ *Iwana Rademaekers*

Iwana Rademaekers
*Pro Hac Vice* Motion Pending
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June 2026 I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

David P. Martin, Esq.
Email: david@erisacase.com

s/ *Iwana Rademaekers*
Iwana Rademaekers