**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| COURTNEY BOWLUS,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00170 |

**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and CivLR 7.1 of the Southern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Lincoln National Life Insurance Company ("Lincoln") in the above-captioned action identifies all parents, subsidiaries, partners, members, managers, trustees, affiliates, and similarly related persons and entities and certifies that the general nature and purpose of Lincoln is as follows:

> Lincoln is an Indiana Corporation engaged in the business of providing group and individual life, disability, and other insurance policies and products.

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted,

/s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
*Pro Hac Vice* Motion Pending
Texas Bar No. 16452560

Attorney for Defendant
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of June 2026 I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

David P. Martin, Esq.
Email: david@erisacase.com

s/ *Iwana Rademaekers*
Iwana Rademaekers