**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOWLUS,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:26-cv-00170-JB-N** |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**NOTICE OF FILING**

Plaintiff, Courtney Bowlus, files notice with this Court that her Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) were served upon Defendant via email on August 11, 2026.

Respectfully submitted.

*/s/ David P. Martin*

David P. Martin ASB-3500-M68D
The Martin Law Group, LLC
Attorney for Plaintiff
P.O. Box 20087
Tuscaloosa, AL 35402
Facsimile (205) 343-1781
david@erisacase.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed with the Court via the CM/ECF system which will notify the following, this 11th day of August, 2026:

Iwana Rademaekers
14785 Preston Road
Suite 550
Dallas, TX 75254
iwana@rademaekerslaw.com

*/s/David P. Martin*
David P. Martin